IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRANDON ARCHIBALD**                                              **PLAINTIFF**

v.                    **CASE NO. 2:22-CV-00074-BSM**

**THOMAS BRACEY,** *et al.*                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, all of Brandon Archibald's federal and state constitutional and statutory claims are dismissed with prejudice. His state tort claims are dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED this 30th day of August, 2023.

                                               _____
                                               UNITED STATES DISTRICT JUDGE